19972.  BRISCOE *et al. v.* BETWEEN CONSOLIDATED SCHOOL
DISTRICT *et al.*

STEPHENS, J.  Since the judgment of this court affirming the judgment
of the trial court in this case has, on certiorari, been reversed by the
Supreme Court, and since the law of the case announced in the opinion
of the Supreme Court (171 *Ga.* 820, 156 S. E. 654), supersedes the
opinion of this court (41 *Ga. App.* 515, 153 S. E. 437), and demands a
reversal of the judgment of the trial court, the judgment of affirmance
heretofore rendered by this court is vacated and the judgment of the
trial court is reversed.

> *Judgment reversed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 13, 1931.

*I. L. Oakes,* for plaintiffs in error.
*Henry H. West,* solicitor-general, *E. W. Roberts,* contra.